O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WILMA PARKS, | Case No. 2:12-cv-05679-ODW(MANx) |
|---|---|
| Plaintiffs, | **ORDER DENYING MOTION TO CONSOLIDATE [14]** |
| v. | |
| DEUTSCHE BANK, NATIONAL TRUST COMPANY AS TRUSTEE FOR LONG BEACH MORTGAGE CALIFORNIA RECONVEYANCE COMPANY; LONG BEACH BANK; WASHINGTON MUTUAL BANK; J.P. MORGAN CHASE BANK; and DOES 1–20, Inclusive, | |
| Defendants. | |

Plaintiff Wilma Parks moves this Court to consolidate this wrongful-foreclosure action with a related unlawful-detainer action she removed to federal court on June 22, 2012. (ECF No. 14); *Deutsche Bank Nat'l Trust Co. v. Wall*, No. 2:12-cv-05444-GW-FMO (C.D. Cal. June 22, 2012). But on August 14, 2012, the court in the unlawful-detainer matter remanded that action for lack of subject-matter jurisdiction. *Wall*,

/ / /

/ / /

/ / /

/ / /

No. 2:12-cv-05444-GW-FMO, ECF No. 10.  The Court therefore **DENIES** Parks's Motion to Consolidate **AS MOOT**.

**IT IS SO ORDERED.**

August 21, 2012

_____
         **OTIS D. WRIGHT, II
  UNITED STATES DISTRICT JUDGE**